### WAYNE P. BLANCHARD ET AL. *v.* MARION S. LUBINSKI (14671)

Foti, Heiman and Schaller, Js.

Submitted on briefs February 13—decision released March 5, 1996

*Paul Bialobrzeski* filed a brief for the appellants (petitioners).

*John R. Horvack, Jr.*, filed a brief for the appellee (respondent).

PER CURIAM. The judgment is affirmed.